UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD D. ALLEN, SR.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No. 1:17-cv-376
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.


Dated: September 27, 2018　　　　　　　　　/s/ Ray Kent
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge